UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

**Case Number: 23-23943-CIV-MORENO**

JESUS GONZALEZ,

        Plaintiff,

vs.

ABRAHAM LAND, INC.,

        Defendant.

_____/

## FINAL ORDER OF DISMISSAL AND ORDER
## DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon Notice of Voluntary Dismissal **(D.E. 9)**, filed on **December 3, 2023**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises.  It is

**ADJUDGED** that this Cause is **DISMISSED** with prejudice, with each party bearing its own fees and costs.  Fed. R. Civ. P. 41(a)(1)(A)(ii).  The Court reserves jurisdiction for six months to enforce the terms of the settlement.  Further, all pending motions are DENIED as MOOT with leave to renew if appropriate.

DONE AND ORDERED in Chambers at Miami, Florida, this ___8th___ of December 2023.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record